No. 23-2123

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

BREANNA RENTERIA, LAURA SMITH, AND TAMMY WATERS
*Plaintiffs-Appellants*

v.

NEW MEXICO OFFICE OF
THE SUPERINTENDENT OF INSURANCE, and
ALICE KANE,
New Mexico Superintendent of Insurance,
in her official capacity
*Defendants-Appellees*

_____

Appeal from the United States District Court for the District of New Mexico,
No. 1:23-cv-00276 MLG/KK (Hon. Matthew Garcia)

_____

**MOTION FOR LEAVE TO FILE BRIEF OF THE ALLIANCE OF
HEALTH CARE SHARING MINISTRIES AS *AMICUS CURIAE* IN
SUPPORT OF PLAINTIFFS-APPELLANTS AND REVERSAL**

_____

Michael Murray
Paul Hastings LLP
2050 M Street, NW
Washington, D.C. 20036
Tel: (202) 551-1730
Fax: (202) 551-0230
Email: michaelmurray@paulhastings.com
*Counsel for Amicus Curiae*

The Alliance of Health Care Sharing Ministries respectfully moves for leave to file an amicus curiae brief in support of plaintiffs-appellants in this case, pursuant to Federal Rule of Appellate Procedure 29(b)(3).  Counsel for plaintiffs-appellants consents to the filing of the amicus curiae brief.  Counsel for defendants-appellees has represented that they take no position on this motion.

The Alliance of Health Care Sharing Ministries is a Section 501(c)(6) trade organization dedicated to protecting the liberty of its member ministries and their individual members to exercise their religious beliefs in health care.  The Alliance routinely engages with federal and state governments on behalf of its members in order to provide accurate and timely information on health care sharing ministries and the religious liberty protections that the law affords to such ministries and their members.

This case raises issues at the core of the Alliance's activities and the Alliance's overall mission.  Specifically, this case involves arguments that religious organizations such as health care sharing ministries may be subject to laws that are riddled with exceptions for similar secular conduct without triggering strict scrutiny under the First Amendment.  It also involves arguments that health care sharing ministries do not involve the sincere exercise of religious belief.

The Alliance's experience and expertise can help guide the Court's analysis of those religious liberty issues.  Indeed, the district court granted the Alliance's

motion for leave to file an amicus brief and cited that brief approvingly in one of its opinions in this case. In granting amicus curiae's motion, the district court concluded that the Alliance's "brief includes information relevant to the dispute at hand. The Alliance of Health Care Sharing Ministries has knowledge and experience regarding how healthcare sharing ministries serve as a manifestation of sincere religious belief, and therefore, its brief can provide useful insights to the Court." *See* Order Granting Motion for Leave to File Amicus Brief, *Gospel Light Mennonite Church Medical Aid Plan et al. v. New Mexico Office of the Superintendent of Insurance et al.*, No. 1:23-cv-00276-MLC/KK, Dkt. No. 29, at 1-2 (June 14, 2023). In ruling on the case, the district court approvingly cited amicus curiae's brief for "further discuss[ing] the role of spiritual support and prayer in HCSMs." *See* Memorandum Opinion and Order Granting in Part Motion to Dismiss and Denying Motion for Preliminary Injunction, *Gospel Light Mennonite Church Medical Aid Plan et al. v. New Mexico Office of the Superintendent of Insurance et al.*, No. 1:23-cv-00276-MLC/KK, Dkt. No. 38, at 6 n.3 (July 14, 2023).

This Court routinely accepts amicus briefs in appeals raising significant religious liberty issues. *See, e.g.*, *303 Creative LLC v. Elenis*, 6 F.4th 1160, 1178, 1180, 1189 (10th Cir. 2021), *rev'd* 600 U.S. 570 (2023) (citing multiple amicus briefs); Order Provisionally Granting Motions for Leave to File Amicus Brief by

2

Alliance Defending Freedom on Behalf of Several Religious Liberty Organizations, *Speech First v. Shrum*, No. 23-6051 (10th Cir. June 15, 2023).

    Accordingly, the Court should grant the Alliance's motion for leave to file the attached amicus curiae brief in support of plaintiffs-appellants.

        Respectfully submitted,

        <u>/s/ Michael Murray</u>
        Michael Murray
        Paul Hastings LLP
        2050 M Street, NW
        Washington, D.C. 20036
        Tel: (202) 551-1730
        Fax: (202) 551-0230
        Email: michaelmurray@paulhastings.com

        *Counsel for Amicus Curiae*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A).

1. This motion is 536 words excluding the portions exempted by Fed. R. App. P. 32(f), if applicable.

2. This brief has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman type, which complies with Fed. R. App. P. 32(a)(5) and (6).

/s/  Michael Murray
Michael Murray
Paul Hastings LLP
2050 M Street, NW
Washington, D.C. 20036
Tel: (202) 551-1730
Fax: (202) 551-0230
Email: michaelmurray@paulhastings.com

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify with respect to the foregoing:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, CrowdStrike Falcon Sensor, version 6.12, most recently updated on December 12, 2023, and according to the program are free of viruses.

                                          /s/ Michael Murray
                                          Michael Murray
                                          Paul Hastings LLP
                                          2050 M Street, NW
                                          Washington, D.C. 20036
                                          Tel: (202) 551-1730
                                          Fax: (202) 551-0230
                                          Email: michaelmurray@paulhastings.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Michael Murray
Michael Murray
Paul Hastings LLP
2050 M Street, NW
Washington, D.C. 20036
Tel: (202) 551-1730
Fax: (202) 551-0230
Email: michaelmurray@paulhastings.com