IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| BREANNA RENTERIA,<br>TAMMY WATERS, AND<br>LAURA SMITH,<br><br>    Plaintiff-Appellants,<br><br>v.<br><br>ALICE KANE, in her official capacity<br>as Superintendent of Insurance for the<br>State of New Mexico,<br><br>    Defendant-Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-2123 |

**<u>APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR REHEARING OR *EN BANC* REVIEW</u>**

Plaintiff-Appellants Breanna Renteria, Tammy Waters, and Laura Smith (together, "Appellants"), through their undersigned counsel, and pursuant to 10th Cir. R. 27.6, hereby move for an extension of time, up to and including March 28, 2025, to file their Petition for Panel Rehearing or *En Banc* Review (the "Petition"). In support thereof, Appellants state the following.

On February 27, 2025, this Court issued its decision in this matter, denying Appellants' appeal. In accordance with Fed. R. App. P. Rule 40(d)(1), Appellants' deadline to file their Petition is March 13, 2025, 14 days after the entry of judgment. However, due to the press of business and the trial schedules of counsel for Appellants, they will be unable to complete the Petition by the March 13, 2025

deadline. On March 6, 2025, the undersigned counsel contacted Stephen Thies, counsel for Defendant-Appellee, regarding this motion. Attorney Thies stated that he had no objection to Appellants' requested extension of time to file their Petition. Additionally, this is Appellants' first request for an enlargement of time to file their Petition.

Appellants' requested extension comports with the requirements of 10th Cir. R. 27.6, as counsel for Appellants will not be able to file the Petition by the current deadline despite the exercise of due diligence and priority given to the Petition. This is due to other litigation, which presents a scheduling conflict that poses a sufficient basis to merit an extension pursuant to 10th Cir. R. 27.6(E). Counsel for Appellants are presently preparing for a federal criminal conspiracy trial in the matter of *U.S. v. Solomon Peña*, No. 23-CR-00748-KWR, in the United States District Court for the District of New Mexico. Trial in this matter is scheduled to commence on March 10, 2025 and continue through March 21, 2025. This criminal trial date cannot be rescheduled without affecting the defendant's constitutional and statutory rights to a speedy trial and out of consideration for the witnesses in the case and the court's trial docket. Other associated counsel cannot prepare the Petition for timely filing, as both partners at the firm will be participating in the trial, and nearly all of the firm's resources will be devoted to the trial given the case's complexity and the breadth of the evidence in the case.

Wherefore, Appellants respectfully request an extension of time, up to and including March 28, 2025, to file their Petition, and for any additional relief that this Court deems just and proper.

Respectfully submitted,

*/s/ Nicholas T. Hart*
Nicholas T. Hart
Carter B. Harrison IV
**Harrison & Hart, LLC**
924 Park Ave SW, Suite E
Albuquerque, NM 87102
(505) 295-3261
nick@harrisonhartlaw.com
carter@harrisonhartlaw.com

*-and-*

J. Michael Sharman
**Commonwealth Law Offices, P.C.**
246 E. Davis Street, Suite 200
Culpeper, VA 22701
(540) 727-1007
mikesharman@verizon.net
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff-Appellants*

Dated:	March 7, 2025

# **CERTIFICATE OF SERVICE**

I certify that, on March 7, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the Court's CM/ECF system. All participants are registered CM/ECF users and will be electronically served by that system.

>HARRISON & HART, LLC
>
>By: /s/ *Nicholas T. Hart*
>　　Nicholas T. Hart