FILED
United States Court of Appeals
Tenth Circuit

April 28, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

BREANNA RENTERIA, et al.,

    Plaintiffs - Appellants,

v.

NEW MEXICO OFFICE OF THE SUPERINTENDENT OF INSURANCE, et al.,

    Defendants - Appellees,

and

GOSPEL LIGHT MENNONITE CHURCH MEDICAL AID PLAN, d/b/a Liberty HealthShare,

    Plaintiff.

No. 23-2123
(D.C. No. 1:23-CV-00276-MLG-KK)
(D. N.M.)

_____

**ORDER**
_____

Before **CARSON**, **ROSSMAN**, and **FEDERICO**, Circuit Judges.
_____

    Appellants' petition for rehearing is denied.

    The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular

active service on the court requested that the court be polled, that petition is also denied.

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk