# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2025

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re: Breanna Renteria, et al.
        v. New Mexico Office of the Superintendent of Insurance, et al.
        No. 25-113
        (Your No. 23-2123)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 28, 2025 and placed on the docket July 30, 2025 as No. 25-113.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst